IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>KIRK DIODATI,<br><br>    Defendant.<br>_____/ | CIV. NO. S-04-2352 DFL PAN<br><br><br><br><u>ORDER RE DISPOSITION AFTER</u><br><u>NOTIFICATION OF SETTLEMENT</u> |

    The court has been advised by plaintiff's counsel, Brandon Q. Tran, Esq., that this action has been settled. Therefore, it is not necessary that the action remain upon the court's active calendar.

    Accordingly, IT IS ORDERED:

    1.    That counsel file settlement/dismissal documents, in accordance with the provisions of Local Rule 16-160, no later than November 4, 2005, and,

1

```
 1       2.   That all hearing dates previously set in this matter
 2  are vacated.
 3       IT IS SO ORDERED.
 4  Dated:  10/5/2005
```

_/s/ David F. Levi_
DAVID F. LEVI
United States District Judge