Alan J. Kessel (Cal. Bar No.: 130707)
Suzanne M. Burke (Cal. Bar No.: 1889597)
Brandon Q. Tran (Cal. Bar No.: 223435)
**BUCHALTER NEMER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182
E-mail: btran@buchalter.com

Attorneys for Plaintiff DIRECTV, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KIRK DIODATI,<br><br>Defendant. | Case No.: CIV-S-04-2352 DFL PAN<br><br>Hon. David F. Levi<br><br>**[PROPOSED] ORDER TO CONTINUE DEADLINE TO FILE SETTLEMENT/DISMISSAL DOCUMENTS** |

## ORDER

Having read the Stipulation to Continue Deadline to File Settlement/Dismissal Documents, and good cause appearing therefor, the Court HEREBY ORDERS as follows:

1. That counsel file settlement/dismissal documents, in accordance with the provisions of Local Rule 16-160, no later than December 5, 2005.

DATED: 11/10/2005

_____
Honorable David F. Levi
United States District Court
Eastern District of California