Alan J. Kessel (Cal. Bar No.: 130707)
Suzanne M. Burke (Cal. Bar No.: 1889597)
Brandon Q. Tran (Cal. Bar No.: 223435)
**BUCHALTER NEMER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182
E-mail: btran@buchalter.com

Attorneys for Plaintiff DIRECTV, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KIRK DIODATI,<br><br>Defendant. | Case No.: CIV-S-04-2352 DFL PAN<br><br>Hon. David F. Levi<br><br>**[PROPOSED] ORDER ON STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT KIRK DIODATI AND REQUEST TO RETAIN JURISDICTION** |

### ORDER

HAVING READ AND CONSIDERED the forgoing Stipulation for Voluntary Dismissal of Defendant KIRK DIODATI and Request to Retain Jurisdiction, and such other pleadings, documents and records deemed appropriate by the Court, and good cause appearing therefore, IT IS HEREBY ORDERED:

(1) Defendant KIRK DIODATI ("Defendant") is hereby dismissed from this action without prejudice;

(2) Each of said parties to bear its/his own costs and attorneys' fees; and

///

///

///

///

1        (3)    The Court shall retain jurisdiction over DIRECTV and Defendant to enforce the terms described above of the Settlement Agreement between those parties dated September 29, 2005 and hereby refers any further proceedings in this action to enforce such terms of the Settlement Agreement to a Magistrate Judge of this District.

Dated: 12/2/2005

*[signature]*
Honorable David F. Levi
United States District Court
Eastern District of California